**In the United States District Court**
**For the Eastern District of Pennsylvania**

People's Coalition for Human Rights;
**The Messenger and the Prophet, Jesus Christ;**
Latoya McPherson, Member;
Jalil Rasheed, Member;
Marcus A. Henry, Jr., Counselor/Advisor;
Brothers and Sisters of Valania Park;
      Plaintiffs

    V

City of Allentown;
Ray O'Connell, Mayor of Allentown;
Ed Pawlowski, Former Mayor of Allentown;
Bina Patel, Treasury & Accounting Manager;
Allentown City Council;
Julio A. Guridy, Council President;
Cynthia Mota, Council Vice President;
Candida Affa, Councilperson;
Cecilia Ce-Ce Gerlach, Councilperson;
Daryl L. Hendricks, Councilperson;
Joshua Siegel, Councilperson;
Ed Zucal, Councilperson;
Allentown Bureau of Planning and Zoning;
Irene Woodward, AICP, Director;
Allentown Parks & Recreation;
Karen El-Chaar, Director;
      Defendants

No:_____

**Jury Trial Demanded**
**Emergency Status**

**Complaint – Class Action Lawsuit**

1

## Jurisdiction

The Plaintiffs are seeking $100,000 from each Defendant for punitive and nominal damages for these willful, wonton and deliberate Civil Rights Violations.

*The People's Coalition for Human Rights is an organization founded in Lehigh County, PA which is designed to protect and fight for Human Rights which include the Rights of Black and Hispanic People who are oppressed by White Persons acting Under Color of State Law.*

1.    The Plaintiffs maintain that their Civil Rights were violated by the above-named Defendants who, at all times, were acting in their Official Capacity Under Color of State Law.

2.    These Civil Rights Violations arose out of the County of Lehigh of which this Honorable Court has complete and total Jurisdiction over.

3.    Under **Title 42 SS 1983** these Defendants, at all times relevant, were acting under Color of State Law when they knew or should have known that their actions would cause injury or permanent injury to the above-named Plaintiffs.

4.    The above-named Plaintiffs are all persons of Color and at all times relevant the Defendants had a meeting of the minds for the sole purpose of depriving the Plaintiffs and all Black and Hispanic People out of their Civil Rights and Liberties.

5.    Plaintiff Jalil Rasheed is an Active Member for the People's Coalition for Human Rights, in that, he is also a participating member who frequents Valania Park, and the current conditions have caused him to suffer because, there is no place for him to sit down, and he is a Black American with a Disability.

6.    Plaintiff Jalil Rasheed is a long-standing Civil Rights Activist in the community. He is respected by the Puerto Rican, Dominican and Black people and some White people. He is standing up for those who cannot stand up for themselves.

7.    He is also a Muslim who believes in the masses of the people supporting one common cause of Racial and Social injustice. He is a fighter for all the people and not for the system. He represents the people who are poor and oppressed.

8.    Plaintiff Marcus A. Henry, Jr. is a Counselor and Advisor for People's Coalition for Human Rights, and, in that, Plaintiff Henry has personally witnessed Official Abuse toward People of Color, namely Black People and Hispanic People, who are forced to participate in a park that is not fit for human habitation.

## Statement of Facts

9.    The Plaintiffs in this case represent the Black and Hispanic People of the City of Allentown and the Black Mothers and Fathers with children in and for the City of Allentown who do not have a voice.

10.    The Civil Rights Violations have taken place against Black and Hispanic People by the City of Allentown over a period of 20 years even though City Officials have promised the Black and Hispanic Population that Valania Park would be rebuilt and made fit for human habitation.

11.    The Defendants maintain a Practice and Policy that is indifferent to the Civil Rights and Liberties of the named Plaintiffs as well as the Black and Hispanic Community at large.

12.    Plaintiff Henry brings his three children to the park where the children stumble and fall because of the cracks in the sidewalk cement, and the park looks like it was damaged by an earthquake. The photographs attached hereto support the Plaintiffs' contentions.

13.    The Plaintiffs maintain that they are treated differently from White People similarly situated and that only Black and Hispanic People are treated like sub-human beings and are forced to sit and play in a park with no electricity nor is there an outhouse for the People of Color while in the White parks, there is a toilet to accommodate men, women and children.

14.    The Defendants have been made fully aware of this condition of the park, and for the past 20 years have ignored the park for Black and Hispanic People, and at the same time, built a park for animals. Very few if any animals go to that park, and it only shows that Black and Hispanic People and their value is less than a dog. **Exhibit "A"**.

15.    The People of Valania Park are human beings, and the Allentown Police department sends down Police Officers to intimidate and harass the Senior citizens who are simply listening to their music up loud. Since it is a park with no neighbors it should not be offensive or disturbing to anyone except a White Police Officer who hates minority persons and uses his authority to harass and attempt to unlawfully arrest those who enjoy their **1st Amendment Rights** to listen to music.

16.    Pastor Blount was also informed, apparently by Defendant El-Chaar, that construction for the new Valania Park would begin in February, 2022. This led the People's Coalition for Human Rights to question the validity of the story that Pastor Blount was telling the people of Valania Park.

17.    A member of the People's Coalition for Human Rights wrote a letter to City Council telling them they had 30 days to start to rebuild the park. It was at this time Pastor Blount was confronted by Defendant El-Chaar, and she told Pastor Daniel Blount that there were no contractors who bid on rebuilding the park.

18.    Pastor Blount was hoodwinked, bamboozled, and was tricked into telling the people at Valania Park that construction was going to start in February when the City of Allentown knew that this was a lie. It was not until after the City of Allentown, City Council, were told that they had 30 days to start construction on Valania Park.

19.    When the city was called out concerning the construction of Valania Park, Pastor Blount was then told by another State Representative that Valania Park was going to be rebuilt in 6 months.

20.    Then Pastor Blount was told that it was very hard to get construction workers because, construction crews are having a hard time finding workers,

when in fact there is construction happening every day in Allentown: one such place would be on Martin Luther King Blvd where an entire housing development is being built and there does not seem to be any shortage of workers there.

21.    Pastor Blount was being told these lies so that he could tell the people at Valania Park that the White People are going to help them, and for 20 years this has never been true.

22.    The Plaintiffs demand that a concession stand be built at Valania Park and a recreation room holding 100 people be built at Valania Park.

23.    Currently, the benches that are at the park are so small that not even a child can manipulate getting up from the bench without struggle, but senior citizens who are overweight and have disabilities are forced to sit on this bench to get help getting up.

24.    Valania Park currently violates the Disabilities Act for the State of Pennsylvania. There are no provisions for handicapped senior citizens or handicapped people in general. Children with handicaps are forced to travel at their own risk while City Officials sit back in City Hall and laugh.

25.    The people tried to turn to the NAACP for help, but the NAACP has no interest in helping Black or Hispanic People other than to collect their money so that they can get paid and buy new cars.

26.    The Plaintiffs do not turn to the NAACP for any help what-so-ever in this matter.

27.    Valania Park has been in this haggard condition for over 20 years. No Majority-White park in the City limits of Allentown is in this condition.

28.    The Defendants did what Adolf Hitler did to the Jewish; they shut off the electric so that the Black and Hispanic people could not have any lights and would be compelled to sit in darkness. Not one single Black Leader in Lehigh County, PA ever stood up to fight against these deplorable conditions.

29.    The City of Allentown takes all Black and Hispanic People to be stupid, retarded, degenerate, illiterate, because, they know that they would never, in a

million years, treat a White Family, a White Man or a White Woman in the same capacity as they are treating the Black and Hispanic Valania Park Crew.

30.    The City of Allentown, through City Council, was given every opportunity to correct this problem prior to this lawsuit being filed. The City of Allentown has a long history of abusing Black and Hispanic People.

31.    The Plaintiffs have been in this position for years, and the records will show that the City Officials for Allentown have never made any attempt to correct these deplorable conditions.

32.    The Plaintiffs maintain that the City of Allentown and its Officials including the Minority Officials who sit on the City Council Board have acted in concert, at all times relevant, with the White Oppressors who have only one goal in mind and that is to degrade and dehumanize Black and Hispanic men, women, and children, and senior citizens with Disabilities.

33.    Pastor Blount does not represent the people in these pleadings, and any negotiations concerning Valania Park must be done through the following Plaintiffs: 1) **Jalil Rasheed, who is a Member of the People's Army against White Oppression and is an Active Proponent in any and all negotiations in this matter** 2) **Marcus A. Henry, Jr., who is a civil rights Activist and a co-Secretary for the People's Coalition for Human Rights and as a College Graduate he feels ready to negotiate any out of Court settlement on the behalf of the Black and Hispanic People**.

34.    The People of Valania Park who should be known hereinafter as the **Valania Park Crew** are true soldiers for this movement, and in their fight against Social Injustice and Racism.

35.    The Plaintiffs would like to make it very clear that this is not an attack against Pastor Blount. However, Pastor Blount has faith in the City Officials and that they will help him.

36.    To make it perfectly clear, having faith in City Officials is not and will never be the position of the People's Coalition for Human Rights after seeing how City

Officials knowingly, willfully and intelligently lied to Pastor Blount. **The People's Coalition for Human Rights will never walk down this path of deception**.

37.    It appears, Defendant Karen El-Chaar stated to PBS that Valania Park was planned to be renovated since 2017 and would be completed by 2021. See **Exhibit "B"**.

38.    It appears, Defendant El-Chaar's Office further stated that the City of Allentown had received a $250,000 grant from the Commonwealth of Pennsylvania which would be matched with a Community Development Block Grant to renovate Valania Park and $100,000 had been used for equipment. See **Exhibit "B"**.

39.    In mid 2021, City Officials stated to Pastor Blount that the park would be renovated in February of 2022.

40.    In September 2021, Plaintiff People's Coalition for Human Rights sent letters to the City of Allentown, its Council and Officials stating that renovations for a park cannot happen in February when there is snow on the ground and the ground is frozen. No response to this letter was ever received.

41.    It appears in September 2021, after the City of Allentown received the letters sent by Plaintiff, People's Coalition for Human Rights, City Officials spoke with Pastor Blount and stated that a bid was put out for construction of Valania Park, but no contractors offered to fill the bid.

42.    The question that begs to be answered is, "How could the City promise that work would be done in February of 2022, when no contractors had been contracted to perform the work?"

43.    It appears that sometime in September of 2021, the City of Allentown shut off the electrical power to Valania Park with no notice posted within Valania Park before the shut off and no reason within Valania Park for the shut off posted.

44.    Plaintiffs have yet to find a Park which is frequented primarily by White Persons within Allentown City Limits where the power was shut off without notice and without reason.

45.    Further, Pastor Blount who proclaims to be a representative of the Valania Park Crew through the Worship of Jesus Christ cannot explain this unholy double-standard which is carried out by City Officials with no lawful authority to do so.

46.    It appears from the record that the City of Allentown seems to be trying to use Pastor Blount as a false prophet and messenger of misinformation to the Valania Park Crew who have no representation what-so-ever.

47.    Unfortunately, if we follow the Bible here and the words of Jesus Christ, when it is believed that Pastor Blount is very familiar with the words of the Bible quoting Luke 16:13, "*No servant can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other.*"

48.    The City of Allentown has been lying, and lying, and lying so badly that they consume Pastor Blount in their false hopes and misrepresentations to the Black and Hispanic Underprivileged People. What the City of Allentown is doing, it can be argued, it is not being done under the umbrella of the Lord, Jesus Christ, but as the Bible says, "Lucifer is the father of all lies and those who follow him are the children of Lucifer, the Liar."

49.    Everybody who is familiar with Christianity knows it is well-established that some of the worst mass-murderers on the Planet Earth were Popes, and the Great White fathers at the City of Allentown have taken a page out of the playbook of the Romans.

50.    Plaintiffs believe it was Nero who blamed the Christians for setting fire to Rome, and in retaliation Nero would set the Christian people on fire so that he could have light to eat his dinner with. When the City of Allentown lies to Pastor Blount, they are taking a page directly out of the playbook of Emperor Nero because, Nero was a liar who deceived Christians.

51.    It appears from the evidence presented by City Officials, that the poor Black and Hispanic people of the City of Allentown are seen as no more than common dogs because, it appears nowhere in any other park in the City of

Allentown are White People treated the same as the Black and Hispanic people who frequent Valania Park.

52.    How is this possible when Defendant El-Chaar told Pastor Blount that no bids were posted by the contractors? And if there are no bids, how is it humanly possible that there could ever be construction at a park. That only exists in the minds of the deceivers.

53.    The moment the City was placed on notice by Plaintiff People's Coalition for Human Rights, a City Council Member then got in touch with Pastor Blount and told him that no one put a bid in to redo the park.

54.    This is why the Plaintiffs want the City of Allentown to raise their right hands and testify in Court to the stories they have been telling to the Valania Park Crew.

55.    Once this case is brought before this Court's tribunal, the Defendants will have their feet to the fire, and any lie they tell under oath is subject to Penalty of Perjury, a fine and prison term. There is no immunity for a State Official lying under oath.

56.    The Court having absolute Jurisdiction over these Civil Rights Violations is the District Court sitting in Philadelphia, PA; Allentown, PA; Easton, PA; and Reading, PA.

57.    Because Judge Leeson was a former City Solicitor for the City of Bethlehem, these Applicants reject the Court assigning this case to the Honorable Judge Leeson because of his close ties in the past with the County of Lehigh and the City of Allentown which is a sister city to the City of Bethlehem.

58.    In the words of the late William Shakespeare who defined the actions of the Officials for the City of Allentown each time they spoke all they displayed was, in the words of William Shakespeare, "Words. Words. Words."

59.    According to the stories given to the Valania Park Crew by City of Allentown Officials and by State Officials, the City always had a meeting of the minds among one another, the Mayor and Defendant El-Chaar for the sole

purpose of destroying human rights, in particular, the Rights of the Black and Hispanic people who have a tiny park called Valania.

60.    The pictures the Plaintiffs will submit to this Court are of a dog park where very few if any dogs roam. However, "**what these pictures demonstrate is that Black and Hispanic People and their life and fight for freedom and equality has less value than that of a Dog**". See **Exhibits "A", "B", and "C"**.

61.    When Jesus walked the planet Earth, it is an undisputed fact that he never hung out with Politicians, and he never hung with the wealthy people. If we believe what the Bible says, he loved and cared for the beggars, the homeless, and the forgotten ones. He never in his life hung out with a politician or believed in the crooked words of a politician because, most politicians are liars from their inception.

62.    The Black and Hispanic people are not dogs. They wanted to believe in the lying politicians, but each time the lying politicians would send a false prophet, a false messenger, to mislead and misguide the oppressed people of color into believing that the Great White Father was there to give them hope.

63.    As we know, history shows that the White man has always used People of Color to deceive People of Color into believing that the Great White Father would forever help them and be their friend, and in the same breath, destroy every human right given to them by the Lord, Jesus Christ.

64.    The City of Allentown is on Notice. They must build not just a park but a recreation building for the winter, so the low-income people have a place to go out and enjoy themselves. If the City of Allentown is concerned about such a building, they are welcome to place two Police Cameras inside that building to ensure there is no drug selling, no illegal alcohol and that everything in that recreational building complies with the laws of the State of Pennsylvania.

65.    The Defendants have been denying and continue to deny the Plaintiffs and the Black and Hispanic public of their basic human rights while, at all times relevant, acting in their Official Capacity.

66.    The Defendants have and always maintain a Practice and Policy that is indifferent to the Plaintiffs' Civil Rights and Liberties, and those rights were taken away by elected Officials of City Council and the Mayor's Office. This lawsuit also incorporates the City of Allentown's lackeys, servants, slaves, snitches, informants or anyone at any level who acted in concert with the City of Allentown, the Mayor and City Council to deprive People of Color of their basic human rights.

67.    **The Dominican People must stand up. The Puerto Rican People must stand up. The Black People must not ever believe in the words of the White Man who speaks with a forked tongue, and they now must stand up in order to protect their human rights**.

68.    This is a unified effort to bring the masses of the people together to show the City Oppressors that their Practices and Policies will no longer be tolerated.

69.    This Federal Court must incorporate the United States Department of Justice in this action because, the City of Allentown is building high-end buildings for White, wealthy people and in the same breath the City of Allentown has turned its back on the Black and Hispanic People and allowed the slum lords to take their money and give them apartments infested with cockroaches, bedbugs, rats, holes in the walls, and leaky faucets as well as apartments inundated with asbestos and mold.

70.    This is what the City of Allentown is guilty of, acting in concert with the slum lords, and in this unlawful process, the slum lords have become multi-millionaires, like Joseph Clark. Now, Black and Hispanic landlords are doing the same things that the White landlords were blessed to do by City Officials.

71.    The reason why this custom usage and practice was designed is to protect the White slum lords so that the City does not have to build low-income housing.

72.    No Mayor has ever demanded that the City build low-income housing so that the poor and oppressed people would not be forced to pay a King's Ransom to live in a filthy, dirty, scummy apartment like they were no more than a human "**Dog**".

73.    This practice of the City of Allentown being in bed with the slum lords can be proven at a hearing in this Court when City Officials will have to testify that they have done absolutely nothing to revamp the City of Allentown to protect poor and oppressed people who pay a King's Ransom for an apartment that is not fit for human habitation.

74.    But there was State and Federal grant money given to the City of Allentown to represent all the people and not the selected few who are of a different color or have money.

75.    These Plaintiffs demand that the United States Justice Department get involved in this matter because, there are acute human rights violations and the reason for the high rate of murder and crime in the City of Allentown is due to oppressed people being forced to live in oppressed conditions by slum lords who are given blessings by City Officials in the City of Allentown.

76.    For over 100 years and better, the City of Allentown has used an open practice of apartheid by protecting White slum lords when the City Officials knew that in the dwelling of poverty, birth is given to the crimes of Rape, Murder, Robbery, Theft of the worst kind.

77.    No other place in the country is there more cameras in the minority section than in Allentown, PA where the Black and Hispanic People are photographed and watched like they are no more than rats in a cage 24 hours a day, 7 days a week, and we have the Black and Hispanic leaders who are not opposed to these inhumane conditions where Human Rights no longer exist.

78.    **This is a matter that will be discussed with the U.S. Department of Justice.**

79.    Unfortunately, the Black and Hispanic people do not have the ability to express their dislike and distrust for these human atrocities. This Federal Court must not turn its back on the poor and oppressed people of Allentown, PA.

80.    This Honorable Court will be shocked to discover there has not been one brick in low-income housing under construction to help those people who suffer the most, and they are Black, Puerto Rican and Dominican.

81.    Who am I? Just remember Jesus, he was about the truth and so are we.

82.    The time has come and gone for the City to start construction, and for some ungodly reason, they keep telling Pastor Blount that the construction is underway, but when you talk to the Valania Park Crew they no longer believe the lie.

83.    When the next Puerto Rican and Dominican Parade are put together, they will meet in person the messenger and the prophet who has done everything in the Lord's Power to protect their rights; "their human rights".

84.    **As this Honorable Court knows, the Plaintiffs must name their supplier of information in order that the Complaint have validity. The Court is aware, there can be no secrecies in the filing of a Federal Civil Rights Complaint. All information given by these writers must be exposed to the public and the Court. There can be no secrets here.**

85.    Every single City Council member will have their sworn statement taken under oath. This includes Defendant El-Chaar who kept giving secret messages to Pastor Blount to give to the people. Pastor Blount must make a statement as to who told him his information that he supplied to the people at Valania Park. This is only fair to the people.

86.    The Mayor, whomever the Mayor might be, will have his deposition taken and whatever he says, a copy of that statement will be handed to the United States Department of Justice.

87.    Plaintiff Henry, a Civil Rights Activist, does not blame Pastor Blount for the art of deception that Pastor Blount is forced to take back to the people who believe that Pastor Blount is telling the truth.

88.    Plaintiff, Activist Rasheed, found that in the City's course of feeding the people stories, he, as a Civil Rights Activist, has been lied to and in that same process the Valania Park Crew have been lied to as well.

89.    Activist Henry along with Activist Rasheed will represent the People's Coalition for Human Rights, and in that process, they will defend the

impoverished and the helpless be they Black, White or Hispanic because, evil cannot exist in an area where God resides.

90.    Activist Henry along with Activist Rasheed have but one obligation, and that is to the Constitution and Valania Park Crew. This is their Christian Duty; it Is their Moral Duty, and it is their **1st Amendment Right** to speak up and speak out against those who oppress the hopeless who cannot help themselves.

91.    A word of sincerity: when the former Chief of Police Gerald Monahan once said, "let a sleeping dog lie." And the City Officials did not know what he was talking about but this Honorable Court does.

92.    In fact, Pastor Blount is a Material Witness against the City of Allentown.

93.    The Plaintiffs will not know until after they take sworn statements from the Defendants to determine what role, if any, Pastor Blount played in Defendants' decisions.

94.    Recently, Pastor Blount contended that a State Representative told him that Valania Park would be under construction within six months. As this Court knows, a State Representative has no input with City Government activities. It must be noted that the City Planning Commission did not give Pastor Blount this same explanation.

95.    One's first question when told a construction project is due to begin would be, "And, who is going to do the construction?" Pastor Blount never asked this questions because, it appears he knew or should have known that the construction project was no more than a fairy tale.

96.    As this Court knows, all City contracts must be bid upon, and there is no State Representative on the planet Earth who can tell anyone that the construction of Valania Park will start within six months when there have been no contractors who bid on the project.

97.    Further, a State Representative cannot give timelines regarding a City construction project. The State Representative does not hold the money for the project, the Allentown City Council does.

98.   Many of the People at Valania Park have expressed over and over to Plaintiff Henry that they do not trust Pastor Blount, and after investigation, Plaintiff Henry can understand why Pastor Blount is with little or no credibility among the poor and oppressed people.

99.   Pastor Blount told Plaintiff Henry that he has spent a lot of time with members of City Hall in an attempt to build a relationship with the Defendants. This is absolutely wearing two hats which would be deceiving the Valania Park Crew.

100.  Plaintiff Henry has been told by several park people that they do not trust Pastor Blount, and they do not believe him when he tells them things that the park is going to be built in February.

101.  Pastor Blount has stated repeatedly that people do not pay his bills for him and that he has created relationships with the City Officials that he does not want to hurt or destroy.

102.  The City Officials are experts at the game of deception. Defendants knew, when they told Pastor Blount these statements, they were telling him lies. Defendants knew that, once they gave Pastor Blount the cleaning contract, he would be loyal to the City and its Officials.

103.  This is why Defendants were telling Pastor Blount these bizarre stories; they knew full-well that Pastor Blount would carry the lie into the four corners of Valania Park.

104.  When Pastor Blount was telling the Valania Park Crew that the construction would start in February, he should have known this was simply a lie.

105.  What Pastor Blount did may have been done unconsciously: he took the Valania Park Crew into the abyss; whereas, the Valania Park Crew ended up in the Bermuda Triangle, where their common sense compass and moral compass malfunctioned, and the Valania Park Crew were not only lost, but they were confused.

106.  As this Court knows, once one is in the Bermuda triangle, one loses all direction: this is exactly what happened to the Valania Park Crew. They kept

believing that construction would begin in February 2022 when all contractors in the East Coast put their equipment to sleep in February, but the Valania Park Crew simply believed in the words of Pastor Blount.

107.  The horrible, horrible tragedy is little children would constantly fall and hurt themselves in a park that is unsafe. This Honorable Court needs to come and visit Valania Park, and the Court must ask itself, "Would the Court bring its children and grandchildren to play in Valania Park where not even dogs play?"

108.  Once this Honorable Court takes a look at Valania Park, this Court would conclude that Valania Park should be rebuilt because, there is no White Person in the Counties of Lehigh nor Northampton who would ever be treated in the same capacity as the human beings who visit Valania Park.

109.  The Valania Park Crew beg this Honorable Court to get involved in this case because, the City of Allentown has basically stripped the citizens of Valania Park of their Human Rights.

110.  Plaintiff Henry, the author of this pleading, does not hold anything against Pastor Blount. In that, Plaintiff Henry has three obligations: one to the Valania Park Crew, the second to the Constitution of the United States, and the third to represent the truth to this Honorable Court.

111.  Plaintiff Henry is not trying to offend Pastor Blount in any way, but the truth must be expressed and revealed. As this Honorable Court knows, the Plaintiffs cannot write and not name the sources of his information: to do so would require the Court to dismiss the Complaint. It is believed that Pastor Blount, being a reverend, will want the truth to become exposed to this Honorable Court.

112.  The problem we have here is that Pastor Blount has a cleaning contract with the City of Allentown, and it appears to Plaintiff Henry that this is where Pastor Blount's loyalty lies.

113.  In all phases of this application, the People have a **Right to Know** the truth.

114.  The truth of the matter is Valania Park is not fit for human habitation. The pictures attached hereto of Valania Park will show to this Honorable Court.

## Count II

115.  The City of Allentown is building huge complexes that are centered around accommodating White people largely. Furthermore, the Defendants have a practice and policy concerning unfair housing with respect to Minority People.

116.  The City of Allentown has not put one half of a brick in progress or production to make low-income housing for Black and Hispanic people. Even though the City of Allentown has received hundreds of millions of dollars from the State and Federal Government as well as private contributions.

117.  What the Defendants have done is they have made it a lucrative business for slum lords to shake down and extract large amounts of money for rent for houses and apartment dwellings that are not fit for human habitation.

118.  The City of Allentown at all times relevant though its officials have known about these deplorable conditions, and what they have done is protect the slum lord and made the slum lords for the City of Allentown millionaires by turning a blind eye to the horrible living conditions that Black and Hispanic people are forced to live in.

119.  This program which is regulated through and by the Defendants, the City of Allentown, has but one purpose and that is to keep the poor and oppressed Black and Hispanic people slaves for the slum lords for the City of Allentown who rent buildings to poor Black and Hispanic people that are infested with cockroaches, mice, bed bugs, with leaky roofs and ceilings growing mold.

120.  Slum lords like Joe Clark became millionaires because the City of Allentown for the past 50 years has refused to build low-income housing in the City of Allentown.

121.  City records will show that the City of Allentown has a practice and policy concerning low-income housing that is indifferent to the Plaintiffs' Civil Rights and Liberties.

122.  Records will further show that the City of Allentown caters to largely White businesspersons, and in that, the grant money and the redevelopment money is given primarily to White people, and this is done under the watchful eye of City Council members of whom some are of Color, and they have turned a blind eye to this social injustice.

123.  City Council Members know for a fact that the City of Allentown should be a City of diversity, but City Council Members know that they stand by idly and allow the City to support whites only when it comes to redevelopment loans.

124.  The brewhouse which is White owned and operated was given $4 Million to open up that business, and most of the businesses that are operated with a liquor license are given to Whites only. This will be proven at the time of trial.

125.  The Morning Call newspaper does not do any articles to investigate the City of Allentown and its current practices. This is how the City is able to go undetected for its Racially-Biased practices.

126.  Black and Hispanic people are treated less than human, and it appears that the Minority Persons on City council are just simply there for their own personal financial gains because, they have done nothing to protect the homeless, the single mothers, and the Minority people who are victims of the slum lords' practices and policies to get People of Color by any means necessary.

127.  The Defendants do not offer an Equal Housing Opportunity to the poor and oppressed people who are majority Black and Hispanic. Moreover, the Defendants apparently do not want to maintain such an Equal Housing Opportunity.

128.  There is little to no money being used to advance the situation of poor and oppressed people of Color in the City of Allentown, and there is little effort on the part of the Defendants to remedy this defect.

129. In the majority minority sections of the City of Allentown, there are no City Council Meetings being held.

130. In the majority minority sections of the City of Allentown there are few, if any, polling places.

131. The poor and oppressed minorities in Allentown have systematically and systemically had their voices silenced, and their hopes and dreams torn from them.

132. The City of Allentown have maintained this practice and policy for years. The records will show the Defendants have never redeveloped the minority sections of Allentown, and the slum lords have been given a license to destroy the hopes and dreams of children.

133. The City of Allentown has a practice and policy that if you are White, you get richer; if you are Black or Hispanic, you stay poor. If you come from a foreign country, the City makes sure you have plenty of money to open up stores in a Minority Area, and these foreign people are stealing money from poor and oppressed Black and Hispanic people.

134. This is the fault of the Hispanic leaders who do not discourage the Hispanic people from spending their money in a place that is owned and operated by foreign persons who appear to come to this country for the sole purpose of getting rich off the poor and oppressed people.

135. The Hispanic people will soon be told to boycott stores in Allentown such as A1 which does not contribute any part of its profits back to the poor and oppressed Black and Hispanic communities.

136. The Black and Hispanic leaders, especially Black and Hispanic Church leaders, must awaken the children of the City of Allentown and tell them to stop spending their money at a store that does not give back to the community.

137. It looks like the custom and policy of the City officials is that Blacks and Hispanics can become no more than servants for their White Proprietors who have indefinite need to have people of Color do their cooking and waiting their tables. This policy is no more than a throwback to the days of slavery.

138.  The City of Allentown currently has a few Blacks and Hispanics who are lackeys and/or undercover servants who are used to deceive and trick The People who are victims of the White Oppression that the City of Allentown has implemented by making sure Blacks and Hispanics are excluded from an Equal Opportunity.

139.  Allentown City Inspectors turn a blind eye toward slum lords by ignoring roach-infested apartments and houses, bed-bug infested apartments and houses, rat-infested apartments and houses, houses and apartments that are infested with mold, and it is believed that the City of Allentown acts in concert with the slum lords.

140.  The City of Allentown, by protecting the slum lords, know that they do not have to build new low-income housing.

141.  The PPL Center for concerts and hockey is owned by two White fellas from Pittsburgh, PA and it is believed they do not pay any rent.

142.  The Plaintiffs will ask that the U.S. Justice Department join in with this lawsuit because, the U.S. Justice Department has the resources to investigate these atrocities and bring to Justice those who are guilty of racial discrimination.

143.  The U.S. Justice Department can shut down this operation until Federal Laws are complied with. As this Court knows, any grant money comes from the State or Federal Government, the City must by Federal and State Law make sure 20% of that grant money is given to Minorities.

144.  In the City of Allentown, this practice is denied, and it has become a Whites-only business. The records will prove and show that White people are deemed far superior to Blacks and Hispanics.

145.  The City of Allentown has made sure that Blacks and Hispanics would fight among themselves rather than become united to fight against oppression and the oppressors.

146.  Currently, records will show that there are slum lords who are Dominican or Puerto Rican and some are Black because, they as traders, have decided to fall

in with the windfall of money that slum lords receive through the City of Allentown failing to condemn properties that are unfit for human habitation.

147.  A show of records will prove the practices and policies of the City of Allentown are indifferent to the People's Civil Rights and Liberties.

148.  The Federal Government will be asked to investigate these atrocious crimes against humanity. Further, the City of Allentown does not condemn nor inspect the properties that the slum lords are forcing human beings to live – in sub-human conditions.

149.  This Honorable Court must compel the U.S. Department of Justice to look into these atrocities of racism in its highest form, and as this Honorable Court knows especially the Honorable President Judge Sanchez, that Allentown is a City filled with corruption, and corruption by State Officials is nothing new to the Federal Government.

150.  This Honorable Court has the authority to issue a blanket order to have the U.S. Government to conduct a complete and full investigation into how the money was divided up and given to whom.

151.  The City of Allentown and its officials are absolutely a part of these atrocities. City council has done nothing to protect the best interests of The People, and in particular, People of Color.

152.  The City of Allentown has a long-standing history of embracing White supremacy and White racism. Records will show, this has been the practice and policy of the City of Allentown for over 200 years.

153.  When one looks at 7th and Hamilton Street, the monument's soldiers are all White soldiers which is a direct signal to White people that the City of Allentown is composed of those who still practice White supremacy.

154.  Those statues should have been removed because, they do not represent the majority of the people in Allentown because, the City of Allentown is a City of great racial diversity.

155.  The city of Allentown has ignored the fact that William Allen High School was named after a slave owner, and the City of Allentown has made no effort to change the name of William Allen High School because, in the mind of the officials of the City of Allentown including the Minority members of the School System, the children who go to William Allen High School are no more than slaves of the former slave owner William Allen.

156.  The NAACP is a National joke. All they want to do is suck money out of poor and oppressed people and shake down White organizations for donations so they can help the City of Allentown continue their practice of willful, wanton discrimination.

157.  The NAACP are no more than Czars for how to keep racism under wraps and keep racism away from the oppressed people so that the racism can never be challenged.

158.  The NAACP operates in conjunction with the White racism that is practiced by the City of Allentown, and soon the NAACP will be sued at a national level because, that organization is no more than a disgusting joke, and if it were not so, the organization Black Lives Matter never would have been given birth if the NAACP had done its job.

159.  A copy of this petition will be sent to Fox News so that they can be alerted of what is coming against the NAACP who make millions and millions of dollars from White donations and this in the opinion of the People's Coalition for Human Rights is human injustice in the highest form.

160.  **There will be an Amended Complaint to follow this Complaint**.

161.  *If there is anything Plaintiff Henry has written about Pastor Blount is offensive, Plaintiff humbly apologizes to Pastor Blount. It must be noted that Plaintiff Henry and Plaintiff Rasheed are the authors of this Complaint.*

162.  Pastor Blount truly means well in the opinion of Plaintiff Henry, and Plaintiff Henry has been very kind and generous to Pastor Blount in these pleadings.

163.  Plaintiff Henry went to Rutgers University and graduated as a Man of Color who would in the future stand against any form of racial discrimination whether it is by a Black Minister, a Black Priest, a Hindu or a Muslim: it does not matter when it comes to human dignity of poor and oppressed people.

164.  Plaintiff Henry has been deeply moved by the many stories told to him, first by the people of Valania Park and then by Daniel Blount, and in this situation, the Plaintiff had to wrestle with his own conscience and either ignore the stories told by Pastor Blount or put it in the pleading so the Court could make an adequate decision.

165.  Plaintiff Henry apologizes to Pastor Blount if Pastor Blount believes he has been singled out or targeted because, this is simply not true. The statement of facts herein were as the result of the statements given to Plaintiff Henry by Pastor Blount. The truth cannot be disguised nor denied, and Plaintiff Henry has an oath of honesty that he must give to this Honorable Court.

166.  Plaintiff Henry is a Notary, and is sworn by Pennsylvania Law to uphold the law and to tell the truth no matter who might be offended. The truth will always win as this Honorable Court knows.

167.  This Honorable Court is familiar with bootlegging lies because, in the cradle of deception, there can be no distinction between a big lie and a little lie – all lies are lies.

168.  As this Honorable Court knows, extortion by any other name is still extortion.

169.  Plaintiff Henry wants Pastor Blount to know this is not an attack against him.

**Wherefore**, The Plaintiffs pray that this Honorable Court will enter judgment against each named and unnamed Defendant for $1,000,000 in punitive and $1,000,000 in nominal damages in their Official and Personal Capacities.

November 8, 2021

Respectfully Submitted,

People's Coalition for Legal Rights

Marcus A. Henry, Jr.

Jalil Rasheed

# People's Coalition for Legal Rights

Signature Page and Protest against Judicial Racism & Oppression:

Name: Jeffrey Wynn
Address: 355 Bridge St
Lehighton, PA 18235
Telephone: 914 557-7662
Email: jeffreywynn@GMX.US

Name: James Fullwood
Address: 542 Fountain St.
973) 776-2310
Telephone:
Email:

Name: Tarsha Wofford
Address: 787 _____ St
Allentown PA 18102
Telephone: 484-840-6142
Email:

Name: Gloria Rodriguez
Address: 347 N. 8 St.
Allentown, PA
Telephone: 610-351-3724
Email:

Name: Carlos Sanchez
Address: 101 57th St Allentown,
PA 18103
Telephone: 929-312-9844
Email:

Name: David Bonilla
Address: 613 _____ _____
Telephone: 484·369·4008
Email:

Name: Alexis Velez
Address: 404 Hamilton
Telephone: 484-353-3203
Email:

Name: Mylan Roland
Address: 923 n. 4th St.
Telephone: 484 472 3423
Email:

Name: F. D. Stevens
Address: 137 N. 8th St.
Allentown, PA 18101
Telephone: (610) 704-1978
Email:

Name: Giorda L Martinez
Address: 518 N 7 St
Telephone:
Email:

**"Stand Up for Your Right. Don't Give Up the Fight." – Bob Marley**

Jalil A. Rasheed

# People's Coalition for Legal Rights

Signature Page and Protest against Judicial Racism & Oppression:

Name: KEITH MARCHESKI
Address: 524 N 7th
Telephone: NONE
Email:

Name: Darnell Culpepper
Address: 230 N. 10
Allentown. Pa.
Telephone: 484-538-4475
Email:

Name: Angelo Williams
Address: 444 Liberty
Allentown PA 8102
Telephone: 484-242-0247
Email:

Name: Veronica Martinez
Address: 642 9th
Allentown PA 1810
Telephone: 484-664-8664
Email:

Name: Katina De la cruz
Address: 2011 W Washington St
Telephone: 929-472-8887
Email:

Name: Yvette Diaz
Address: 19 18 Allen St
Allentown PA.
Telephone:
Email:

Name: Jose robucca
Address: 222 N 8th
Allentown PA 18102
Telephone: 484-321-2122
Email:

Name: Keith Jones
Address: 308 Coal St
Port Carbon PA 17965
Telephone: 484-781-8947
Email:

Name:
Address: 132 S 12th St
Allentown PA 18102
Telephone: 484 426 4807
Email: Numbey@gmail.com

Name: Miguelina De la cruz
Address: 1917 A E Marks
Telephone: 646-706-6397
Email:

*"Stand Up for Your Right. Don't Give Up the Fight." – Bob Marley*

Jalil Rasheed

# **People's Coalition for Legal Rights**

Signature Page and Protest against Judicial Racism & Oppression:

Name: PAige F

Address: 726 W Walnut St
Allentown PA 18101

Telephone: 610-972-9248

Email: _____

Name: Immurel Jovo

Address: 726 W Walnut St
Allentown PA 18101

Telephone: 484-641-0577

Email: _____

Name: Yasimar Perez

Address: 410 N 7st
Allentown PA 18102

Telephone: 484-633-4863

Email: _____

Name: Kadeem Jones

Address: 220 N law St
Allentown Pa 18102

Telephone: 484-660 8947

Email: _____

Name: Steven mack

Address: 615 N. 9th St
Allentown PA 18102

Telephone: 484-708-7354

Email: none

Name: Zeimar Manil

Address: 543 Walnut St
Allentown Pa 18102

Telephone: 4845619207

Email: _____

Name: Thomas Walterick

Address: 239 N hall St

Telephone: 484 714 1460

Email: Twaltcreck442@gmail.com

Name: Richard Ochoa

Address: 0508 N 8th
Allentown Pa 18102

Telephone: 917 855 9791

Email: _____

Name: Amaris Santiago

Address: 507 n ritval St

Telephone: 484-763-8215

Email: nariorlanelozzq17@icloud.com

Name: Deneffie Jackson

Address: 316 N 6th St Allentown PA 18102

Telephone: _____

Email: _____

*"Stand Up for Your Right. Don't Give Up the Fight." – Bob Marley*

Jalil A. Rasheed

# People's Coalition for Legal Rights

Signature Page and Protest against Judicial Racism & Oppression:

Name: Meelie Berez
Address:
Allentown, PA 18102
Telephone: 5D.248-6552
Email:

Name: Alfredo Valey
Address: 618 Chew St Apt 2R

Telephone: 570-573-8200 Muazy
Email: Alfredo 870

Name: Reinaldo Sotomayor
Address: 935 n Hall St
Allentown PA. 18102
Telephone:
Email:

Name: Chase Lewis
Address: 722 W. Gordon St
Allentown PA 18100
Telephone: 718 644-9325
Email:

Name: Andrew T. Lewis
Address: 442 with Hall St.
Allentown Pa
Telephone: 484-522-9714
Email:

Name: NUSHID S RASUL
Address: 506 N. 6th St
484 239 2951
Telephone:
Email:

Name: June Wctoria
Address: 5873 macungie Rd

Telephone: 610-905-1738
Email: junebug10401@gmail.com

Name: GRAHAM
Address:

Telephone: 484.987.4992
Email: therealmecois@yahoo

Name:
Address:

Telephone:
Email:

Name:
Address:

Telephone:
Email:

**"Stand Up for Your Right. Don't Give Up the Fight." – Bob Marley**

# EXHIBIT "A"

Search...

SELECT LANGUAGE ▼    CONTACT US    -A A A+

HOME ▾    LIVE ▾    WORK ▾    PLAY ▾    GOVERNMENT ▾    CONTACT US

allentownpa.gov » Department of Parks and Recreation » Parks Bureau » Park Inventory » Dixon Street Dog Park

**Department of Parks and Recreation**

**Capital Improvement Projects**

**Parks Bureau**

Park Inventory

Andre Reed Park

Arts Park

Bucky Boyle Park

Canal Park

Cedar Creek Parkway

Dixon Street Dog Park

East Side Reservoir

Fountain Park

Franklin Park

Ithaca Playlot

Jackson Street Park

Jordan Park

# Dixon Street Dog Park

Located in Trout Creek Parkway near the intersection of Dixon Street and South Delaware Street, the park includes two pens on two acres, one pen for smaller dogs and one for larger dogs.

The project was made possible by a $25,000 grant from Pet Safe's Bark for Your Park program! The City was the recipient of one of just five grants across the country for a new park. In addition, Pet Safe awarded Allentown $10,000 for dog park maintenance.  Allentown is the only Pennsylvania municipality to receive any funding from the program.

All dogs must be licensed, current with shots and registered with the Parks and Recreation Office. Proof of residency, shot history, and dog license information must be submitted with an application. Once your application is submitted, reviewed, and approved, you will be given a key fob to access the dog park.

Keck Park

Kimmets Lock Park

Lehigh Parkway

Lil' Le-Hi Trout Nursery

Malcolm Gross Rose Garden

Percy Ruhe Park

Roosevelt Park

South Mountain Reservoir

Stevens Park

Trexler Memorial Park

Trout Creek Park

Union Terrace Park

Valania Park

Walden Terrace

West Park

Rose Garden Weddings

Rentals, Permits & User Fees

**Recreation Bureau**

**Interactive Parks Finder**







## Additional Information

- Two dogs per handler are allowed in the park at one time. If you have more than two dogs, you must bring another handler.

- Dogs must wear collars displaying their tags.

- Dogs weighing less than 30 lbs. must use small dog area. Dogs weighing more than 30 lbs must use large dog area.

- Dogs under six months of age are not permitted in the park.

- Male dogs that are not neutered are not permitted in the park.

- Female dogs, while in heat, are not permitted in the park.

- No children under the age of 12 are permitted in the park.

- Children between the ages of 12 and 17 must be supervised by an adult.

- No alcohol, food, dog food, treats, glass containers or special toys are permitted in the dog park.

Additional Informati

To Register For A Dog Pa
Membership Go To
www.allentownparksandr

Contact Information
dogpark@AllentownPA.g
610.437.7750

## Dog Licenses

Dog licenses may be obtained at the following locations:

1. Lehigh County Humane Society
   640 Dixon Street
   Allentown
   610.797.1205
   www.TheLehighCountyHumaneSociety.org

How To Get A Key Fob

Dog Park Incident Repor



@AllentownParksandRec

2. Allentown Recycling & Solid Waste
   641 S. 10th Street
   Allentown
   610.437.8729

## Sponsors





protect. **teach. love.**

**ALLENTOWNPA.GOV**

Privacy & Security

Terms of Service

**QUICK LINKS**

Job Opportunities

Voting and Elections

Maps

Human Relations

Complaint

**CONTACT**

City Departments

Contact Website

Support

**CONNECT**

Download Center

Social Media Center

Events News

Subscription

# EXHIBIT "B"

Search...

SELECT LANGUAGE ▼     CONTACT US     

HOME ▾     LIVE ▾     WORK ▾     PLAY ▾     GOVERNMENT ▾     CONTACT US ▾

allentownpa.gov » *Home* » *News Archive*

**Home**

**Special Events**

**Public Meetings Calendar**

**Applications & Forms**

**Reports & Publications**

**News Archive**

# Categories

Homepage (1403)

Mayor's Office (39)

Fire (51)

Health (101)

Police (129)

Public Works (115)

EMS Paramedics (19)

Finance (33)

Parks & Recreation (408)

# City Awarded $250,000 for Valania Park

01/10/2020



The city of Allentown's Valania Park renovation project is receiving a $250,000 boost from the Commonwealth of Pennsylvania.

Funding comes from the Community Conservation Partnerships Program administered by the Department of Conservation and Natural Resources (DCNR). Funding for these types of projects comes from the Keystone Recreation, Park and Conservation Fund (Key 93), the Environmental Stewardship Fund (Growing Greener) and federal funding sources.

The city has already invested more than $100,000 for new playground equipment and the creation of the engineering documents for the renovation.

"We are continually making investments in improving our parks and recreation properties," said Mayor Ray O'Connell. "Current conditions do not meet the needs of nearby residents and visitors. Completion of this project will be a tremendous improvement."

In a letter to the city announcing the grant award, DCNR Secretary Cindy Adams Dunn said, "the Department is committed to building community conservation partnerships with local governments and nonprofit

Human Resources (7)

Planning & Zoning (20)

Recycling & Solid Waste (96)

Streets (319)

Water Resources (1)

Community and Economic Development (208)

Building Standards and Safety (2)

Public Safety (9)

# News

# Archive

October 2021 (1)

September 2021 (24)

August 2021 (22)

July 2021 (16)

June 2021 (21)

May 2021 (17)

April 2021 (25)

March 2021 (10)

February 2021 (26)

January 2021 (14)

December 2020 (22)

November 2020 (11)

October 2020 (19)

September 2020 (12)

August 2020 (20)

July 2020 (15)

June 2020 (12)

May 2020 (16)

organizations to protect critical natural areas and open space, develop greenways and trails, provide quality park, recreation and conservation opportunities, and to improve the quality of life in Pennsylvania's communities. Your DCNR grant award is a recognition of outstanding recreation and conservation work that should be shared with your community."

BL Companies of King of Prussia has been contracted to re-design the park, to include removal of the current volleyball court; paving and new structures for the basketball court; removal of unstable pavilion structure; removal and replacement of old, dead/overgrown trees; construction and relocation of a new pavilion with bathrooms and storage facility; removal and reconstruction of a walking path; ADA compliance; and implementation of best management practices to address significant stormwater issues.

Demolition is expected to get underway before the end of the year with project completion in 2021.

Valania Park is a neighborhood park located off Union Street between William Street and S. 6th Street. It hosts the popular summer playground program for children ages 7-15.

The new design takes into account significant community input to create a renewed, versatile, and usable space. The public input process for the Valania Park master planning was designed to gain feedback from a variety of stakeholders of all ages, abilities, and interests.

In 2017, a steering committee was formed to oversee the Master Plan development for the project. They were tasked with leading the Public Input Process and drafting the concept sketch for the design. Bilingual letters were mailed to residents within a 2-block radius of the park (approx. 200 letters) to notify them of the planning process and upcoming public meeting dates. It also included a survey about the park, which was also made available at a kiosk in the park itself and online. The committee also reached out to local organizations that serve the community and conducted key stakeholder interviews with some. Two public meetings were held to gain public input, along with a youth workshop. Information was shared with an engineering firm and discussed with park staff in order to develop a preliminary design sketch.

Community Development Block Grant funding will be used to match the state grant.

--30--

Posted in: Homepage, Parks & Recreation | View Count: (1552)

# EXHIBIT "C"













