IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS A. HENRY, JR., *et al.* : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> ED PAWLOWSKI, *et al.*, : <br>     Defendants. : | Civil No. 5:21-cv-04946-JMG |

**ORDER**

**AND NOW**, this 16th day of June, 2023, upon consideration of Plaintiffs' Petition to Withdraw (ECF No. 67), **IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED** without prejudice.

2. The Clerk of Court **SHALL CLOSE** this case.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge